ACCEPTED
08-19-00278-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/12/2021 2:10 PM
ELIZABETH G. FLORES
CLERK

NO. 08-19-00278-CV

IN THE EIGHTH COURT OF APPEALS
EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/12/2021 2:10:53 PM
ELIZABETH G. FLORES
Clerk

DOVENMUEHLE MORTGAGE, INC., FANNIE MAE, AND NEXBANK, SSB
*Appellants*

V.

PETER LABRADO AND ROSEMARY LABRADO,
*Appellees.*

On Appeal from the County Court at Law Number Six (6)
El Paso County, Texas
Trial Court Cause No. 2018DCV4757

## JOINT MOTION TO EXTEND ABATEMENT PENDING SETTLEMENT

Respectfully submitted,

HUGHES WATTERS
ASKANASE, LLP

_____//s// *Damian Abreo*_____
Damian Abreo
Texas Bar No. 24006728
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 – Telephone
(713) 759-0818 – Facsimile
dabreo@hwa.com
ATTORNEY FOR APPELLANTS

## MOTION TO EXTEND ABATEMENT PENDING SETTLEMENT

COME NOW, Appellants, Dovenmuehle Mortgage, Inc., Fannie Mae and NexBank, SSB, and Appellees, Peter Labrado and Rosemary Labrado and in accordance with Rules 10, 42.1(a)(2)(C) and 43.6 of the Texas Rules of Appellate Procedure, move this court to continue the abatement of this appeal pending completion of the settlement between Appellants and Appellees. In support of their Motion, the Parties respectfully allege as follows:

1.      This is an appeal from the Final Judgment signed August 2, 2019.

2.      On June 30, 2020, this appeal was submitted to the Court without oral argument and on the briefing and record.

3.      On December 21, 2020, the Parties reached a settlement of the claims asserted in the underlying suit, and are in the process of finalizing the settlement. The Parties then asked that the Court abate these proceedings for thirty days so that they could complete the settlement. On January 7, 2021, the Court entered an Order abating this appeal for thirty (30) days pending completion of the settlement. The Parties have worked diligently toward that end. On February 19, 2021, the parties filed a joint motion to extend the abatement to March 5, 2021. The Courrt granted that motion, extending the abatement.

4.      The final settlement agreement has been drafted and finalized. The settlement has been funded and the total settlement funds deposited into the trust

account of Appellee's counsel. The final written settlement agreement has been signed by all parties save and except for NexBank, SSB. NexBank, SSB has had difficulty securing the signature of a person with authorization to bind the company because the authorized individuals are largely working remotely. The parties ask the Court to extend the abatement until March 25, 2021, so that the final signature can be secured. If the settlement agreement is signed by a NexBank, SSB representative prior to March 25, 2021, the parties will immediately advise the Court and move to dismiss the appeal as moot.

4. Accordingly, the Parties this Court to allow the appeal to remain abated until March 25, 2021, so that the parties may finalize and execute settlement documents and file the appropriate motion in this Court to dispose of the appeal.

5. This request to extend abatement is reasonable under the circumstances of this case as detailed. The Parties seek to extend abatement in the interests of justice and judicial economy, not for purposes of delay or because of any intentional or deliberate failure by the Parties or their counsel to comply with the appellate rules.

WHEREFORE, Appellants request this Court order an extension of the January 7, 2021, abatement of this appeal until March 25, 2021, to allow completion of the settlement between the Parties, and grant such other and further relief as this Court deems just.

HUGHES WATTERS ASKANASE, LLP

___//s// Damian Abreo_____
Damian Abreo
Texas Bar No. 24006728
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 – Telephone
(713) 759-0818 – Facsimile
dabreo@hwa.com
ATTORNEY FOR APPELLANTS


LAW OFFICES OF STEPHEN H. NICKEY


___//s// Stephen H. Nickey_____
Stephen H. Nickey
Texas Bar No. 15014225
1201 N. Mesa, 2nd Floor, Ste. B
El Paso, Texas 79902
(915) 351-6900 – Telephone
(915) 351-6901 – Facsimile
snickey@nickeylaw.com
ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2021 a true and correct copy of the foregoing Agreed Motion to Abate was served on Stephen H. Nickey via the court's ECF filing system.

Stephen H. Nickey
1201 N. Mesa, 2nd Floor, Ste. B
El Paso, Texas 79902
snickey@nickeylaw.com

_____//s// Damian Abreo_____
Damian Abreo

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nucharee Perez on behalf of Damian Abreo
Bar No. 24006728
NPerez@hwa.com
Envelope ID: 51436364
Status as of 3/12/2021 2:46 PM MST

Associated Case Party: Peter Labrado

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deborah Fischer | | pfischer@nickeylaw.com | 3/12/2021 2:10:53 PM | SENT |
| Stephen H.Nickey | | snickey@nickeylaw.com | 3/12/2021 2:10:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dominique Varner | | dvarner@hwa.com | 3/12/2021 2:10:53 PM | SENT |
| Deborah Fischer | | dfischer@nickeylaw.com | 3/12/2021 2:10:53 PM | SENT |
| Ed Harrell | | eharrall@hwa.com | 3/12/2021 2:10:53 PM | ERROR |

Associated Case Party: DOVENMUEHLE MORTGAGE, INC., FANNIE MAE, AND NEXBANK, SSB

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Damian W.Abreo | | dabreo@hwa.com | 3/12/2021 2:10:53 PM | SENT |